UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-5858-CAS (MANx) | Date | October 17, 2012 |
|---|---|---|---|
| Title | ROSALIE VACCARINO, ET AL. V. MIDLAND NATIONAL LIFE INSURANCE COMPANY, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers:)** DEFENDANT MIDLAND NATIONAL LIFE INSURANCE COMPANY'S EX PARTE APPLICATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULED (Docket #144, filed October 10, 2012)

      On October 10, 2012, defendant Midland National Life Insurance Company filed an ex parte application to continue the briefing and hearing schedule for plaintiff's class certification motion. Plaintiff filed an opposition on October 12, 2012, and a supplement to its opposition in October 16, 2012.

      After considering the parties' arguments, the Court finds good cause to continue the briefing schedule in accordance with defendant's proposal. Good cause exists because the proposed continuance will give defendant sufficient time to analyze the production of documents it received pursuant to Magistrate Judge Nagle's October 3, 2012 Order, depose the named plaintiffs, depose Mr. Boyd, and conduct further discovery resulting from the depositions and document production.

      Accordingly, the Court ORDERS the following:

1. The time for Midland's opposition to plaintiff's motion to certify a class is continued from October 31, 2012 to November 28, 2012.
2. The time for plaintiff's reply is continued from November 19, 2012 to December 17, 2012.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5858-CAS (MANx) | Date | October 17, 2012 |
|---|---|---|---|
| Title | ROSALIE VACCARINO, ET AL. V. MIDLAND NATIONAL LIFE INSURANCE COMPANY, ET AL. | | |

3.  The hearing on plaintiff's motion to certify a class is continued from December 17, 2012 to January 14, 2013, at 10:00 AM.

    IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |