UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5858-CAS (MANx) | Date | May 29, 2013 |
|---|---|---|---|
| Title | ROSALIE VACCARINO, ET AL. V. MIDLAND NATIONAL LIFE INSURANCE COMPANY | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:** **(In Chambers:) DEFENDANT'S EX PARTE APPLICATION TO STRIKE PORTIONS OF PLAINTIFFS' REPLY** (filed May 22, 2013) [Dkt. No. 214]

    On May 22, 2013, defendant Midland National Life Insurance Company ("Midland") filed the instant ex parte application to strike portions of plaintiffs' reply in support of their motion for class certification. Dkt. No. 214. Defendant requests that the Court strike various sections of plaintiff's reply brief, arguing that plaintiffs have introduced new evidence and arguments not presented in their moving papers. In the alternative, defendant requests that the Court continue the hearing on plaintiffs' motion and permit defendant to file a sur-reply. Defendant also seeks leave of Court to file evidentiary and other objections to plaintiff's evidence accompanying plaintiffs' reply. Plaintiffs filed an opposition on May 24, 2013. Dkt. No. 216.

    The Court has reviewed the parties' submissions, and hereby takes defendant's ex parte application UNDER SUBMISSION to be considered at the time the Court hears plaintiffs' motion for class certification. The Court further DENIES defendant's request to continue the hearing date on plaintiff's motion for class certification. The Court GRANTS defendant's request to file evidentiary objections to the evidence submitted with plaintiffs' reply.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |