UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-5858-CAS (MANx) | Date | November 12, 2013 |
|---|---|---|---|
| Title | ROSALIE VACCARINO V. MIDLAND NATIONAL LIFE INSURANCE COMPANY, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers:)** MIDLAND'S EX PARTE APPLICATION TO CONTINUE THE RENEWED CLASS CERTIFICATION AND DAUBERT MOTION HEARING DATE AND RELATED BRIEFING DEADLINES AND FOR LEAVE TO FILE EVIDENTIARY OBJECTIONS AND A SUR-REPLY (Dkt. 320, filed November 12, 2013)

The court is in receipt of Midland's ex parte application (1) to continue the renewed class certification and Daubert motion hearing and briefing deadlines and (2) for leave to file evidentiary objections and a surreply, filed November 7, 2013, and plaintiffs' opposition to Midland's ex parte application, filed November 12, 2013. After reviewing the parties' arguments, the Court hereby GRANTS IN PART AND DENIES IN PART Midland's ex parte application, as follows:

• The hearing on the renewed motion for class certification and the Daubert motion is hereby continued to February 3, 2014 at 10:00 A.M.

• Midland's reply brief on the Daubert motion shall be due December 16, 2013.

• Midland's request to file a surreply and evidentiary objections in response to plaintiffs' reply in support of the renewed motion for class certification is DENIED.

     IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |